COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| IN RE: | § | No. 08-16-00085-CV |
|  | § |  |
| KENNETH H. ARCHIBALD AND | | ORIGINAL PROCEEDING |
| ARCHIBALD & ASSOCIATES, INC., | § | |
|  | | ON PETITION FOR WRIT OF |
| Relators. | § | |
|  | | MANDAMUS |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Linda Y. Chew, Judge of the 327th District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 18TH DAY OF MAY, 2016.


STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.